# ALABAMA COURT OF CRIMINAL APPEALS



August 29, 2025

**CR-2024-0941**

Jonathan Donvell Pharris v. State of Alabama (Appeal from Jefferson Circuit Court:
CC-22-1793 and CC-22-1798)

## <u>NOTICE</u>

You are hereby notified that on August 29, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk